UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                          )   CASE NO: 05-48636-399
                                )
STEVEN G ELLIOTT                )
                                )   CHAPTER 13
CARLA B ELLIOTT                 )
                                )
              DEBTOR(S)          )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

     COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):

STEVEN G & CARLA B ELLIOTT
3423 SHENANDOAH AVE              $           1.00

ST LOUIS MO
444444          63104


                                /s/ John V. LaBarge, Jr.
                                ----------------------------------
DATE: March 31, 2011            JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
BG -091                         (314) 781-8100   trust33@ch13stl.com